In the Matter of CHARLES K. ANGRIST et al., Appellants, against BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

In the Matter of HENRY HAAS et al., Appellants, against BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

JOHN PRUHA, Respondent, v. IRENE K. PRUHA, Appellant.— Under the circumstances we think that the order of Special Term awarding custody of the children to the father was not an abuse of discretion. We believe, however, that greater rights of visitation should be granted to the defendant mother including the right to have the children with her at times, especially between school terms and at Christmas time. As so modified the order is affirmed, with $20 costs and disbursements to the appellant. Order of modification, to the foregoing effect, to be settled on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

GUILLERMO SANTIAGO, Respondent, v. FELIP ORTIZ, Appellant.—Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

BENNINGTON CORPORATION, Respondent, v. CITATION FABRICS CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See post, p. 890.]

HELEN F. GASKELL, Appellant, v. HARRY GASKELL, Respondent.— Order unanimously reversed, with $20 costs and disbursements to appellant, and the motion granted. Alimony is fixed at $35 per week and counsel fee is fixed at $100. The increase in alimony to become effective as of the date of the receipt of the inheritance. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

STANDARD ELECTRIC EQUIPMENT CORP., Appellant, v. JERRY LASZKOWSKI et al., Individually and Doing Business as ASSOCIATES TRADING Co., Respondents. LUCYNA IMILKOWSKI, Respondent.— It having been conceded upon the argument that for the purposes of this appeal the court could assume that the bail deposited was the property of the third party, the order is unanimously affirmed, with $20 costs and disbursements to the respondent. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See post, p. 863.]